**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

HELEN LURENE ELIAS

CIVIL ACTION NO. 26-0020

VS.

SECTION P

JUDGE JAMES D. CAIN, JR.

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT

MAG. JUDGE DAVID J. AYO

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Helen Lurene Elias's petition for habeas corpus is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-urge her claim of prolonged detention if she has good reason to believe, in light of any changes in circumstance or new evidence, that her removal is not significantly likely in the reasonably foreseeable future.

THUS DONE AND SIGNED in chambers on this 8th day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE